### 13582.   DIXON, admr., *et al. v.* STATE OF GEORGIA.

LUKE, J.   Under repeated rulings of the Supreme Court, the question whether the evidence was sufficient to support the verdict cannot be tested by direct exception, in the absence of a motion for a new trial. See *Schroeder* v. *Schroeder,* 144 *Ga.* 119 (3) (86 S. E. 224). It follows that the verdict must stand and the judgment be affirmed.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1922.

Condemnation of vehicle carrying liquor; from Murray superior court — Judge Tarver.   February 17, 1922.

*C. N. King, W. E. & Gordon Mann,* for plaintiffs in error.

*J. N. Lang, solicitor-general,* contra.